U.S. PROBATION & PRETRIAL SERVICES
Middle District of Tennessee

# memorandum

**DATE:** January 13, 2014

**REPLY TO ATTN OF:** Jim Perdue, Deputy Chief U.S. Probation Officer

**SUBJECT:** <u>**Request to Destroy Evidence**</u>

Re.: Jeffrey Stringer
Docket No.: 3:06-00043

**TO:** The Honorable Joe B. Brown, U.S. Magistrate Judge

On May 19, 2006, the following evidence was seized during the defendant's period of supervision and his case has concluded. We respectfully request approval from the Court authorizing the probation office to destroy the evidence currently being held in the probation office.

| CPI# | Quantity | Item |
|---|---|---|
| 260 | 2 | Knives |

Thank you for your time and consideration in this matter.

Approved: _____
The Honorable Joe B. Brown
U.S. Magistrate Judge